FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMCAP LENDING I, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ARGUS CAPITAL FUNDING, LLC, a New York limited liability company; ACH CAPITAL, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-CV-01327 RGK (JCx)<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THE ARGUS PARTIES** |

Having reviewed the Stipulation for Dismissal Pursuant to Fed. R. Civ. Proc. 41(a)(1), entered into between GemCap Lending I, LLC, a Delaware limited liability company ("GemCap"), on the one hand, and Argus Capital Funding, LLC, a New York limited liability company ("Argus") and ACH Capital, LLC, a Delaware limited liability company ("ACH") (collectively, the "Argus Parties"), on the other hand, (each a "Party" and, collectively, the "Parties"), IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice as to the Argus Parties. The Court will retain jurisdiction solely for the purpose of enforcing the terms of a settlement agreement entered into between these Parties.

3340338.1

1

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THE ARGUS PARTIES

This matter having now been resolved as to all named Parties in this lawsuit, and per the request of GemCap's counsel, this matter shall be dismissed (without prejudice) in its entirety.

**IT IS SO ORDERED.**

DATED: May 17, 2017

*/s/ Gary Klausner*

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT COURT

Respectfully submitted by:

TODD M. LANDER (BAR NO. 173031)
todd.lander@ffslaw.com
ARASH BERAL (BAR NO. 245219)
arash.beral@ffslaw.com
MATTHEW A. YOUNG (BAR NO. 266291)
matt.young@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Plaintiff
GEMCAP LENDING I, LLC